IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JEFFREY G. BRAY,

      Plaintiff,

v.                                              No. 09-CV-1020 MCA/LFG

LTD FINANCIAL SERVICES, L.P.,

      Defendant.

## NOTICE OF DISMISSAL

Plaintiff Jeffery G. Bray hereby dismisses this action with respect to Plaintiff's claims against LTD Financial Services, L.P., with prejudice, pursuant to FRCP 41(a)(1)(A)(i). Each shall bear their own attorneys' fees and costs.


Respectfully submitted,

FEFERMAN, WARREN & TREINEN, P.A., Attorneys for Plaintiff

_____
CHARLES PARNALL
300 Central Ave., SW, Suite 2000 West
Albuquerque, New Mexico 87102
(505) 243-7773
(505) 243-6663